UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>  Anthony W Sullivan Jr<br><br>Debtor(s) | Case No. 13-38930 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/03/2013.

2) The plan was confirmed on 12/20/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 06/19/2018.

6) Number of months from filing to last payment: 57.

7) Number of months case was pending: 59.

8) Total value of assets abandoned by court order: $0.00.

9) Total value of assets exempted: $19,825.00.

10) Amount of unsecured claims discharged without payment: $50,675.50.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $79,476.45 |
| Less amount refunded to debtor | $990.12 |
| **NET RECEIPTS:** | **$78,486.33** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,250.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,595.53 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$6,845.53** |
| Attorney fees paid and disclosed by debtor: | $750.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AAA CHECKMATE | Unsecured | 1,198.00 | 867.80 | 867.80 | 867.80 | 0.00 |
| AAFES MIL STAR EXCHANGE | Unsecured | NA | 5,322.72 | 5,322.72 | 5,322.72 | 0.00 |
| ACS EDUCATION SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALTAIR OH XIII LLC | Unsecured | 3,019.00 | 3,304.69 | 3,304.69 | 3,304.69 | 0.00 |
| ANGELO VITIRITTI | Unsecured | 977.00 | 1,377.45 | 1,377.45 | 1,377.45 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | NA | 1,243.47 | 1,243.47 | 1,243.47 | 0.00 |
| BROTHER LOAN & FINANCE | Unsecured | 1,159.00 | 1,054.86 | 1,054.86 | 1,054.86 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCE | Unsecured | 472.00 | 610.00 | 610.00 | 605.22 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 388.00 | 388.37 | 388.37 | 388.37 | 0.00 |
| DISCOVER BANK | Unsecured | 3,562.00 | 3,562.59 | 3,562.59 | 3,562.59 | 0.00 |
| FED LOAN SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HAROLD WASHINGTON COLLEGE | Unsecured | NA | 640.00 | 640.00 | 640.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 708.00 | 921.44 | 921.44 | 921.44 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 3,364.34 | 3,364.34 | 3,364.34 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 183.84 | 183.84 | 183.84 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 164.95 | 164.95 | 164.95 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,266.00 | 1,266.43 | 1,266.43 | 1,266.43 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 1,033.30 | 1,033.30 | 1,033.30 | 0.00 |
| MATPSC | Unsecured | 14,491.00 | 14,641.72 | 14,641.72 | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 1,944.00 | 1,307.87 | 1,307.87 | 1,307.87 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,143.00 | 1,080.46 | 1,080.46 | 1,080.46 | 0.00 |
| NAVY EXCHANGE SERVICE COMMA | Unsecured | 799.00 | 799.08 | 799.08 | 799.08 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP | Unsecured | 7,409.00 | 7,409.56 | 7,409.56 | 7,409.56 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 34,000.00 | 7,264.48 | 7,264.48 | 7,264.48 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 907.00 | 855.24 | 855.24 | 855.24 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,363.00 | 1,315.49 | 1,315.49 | 1,315.49 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 1,924.95 | 1,924.95 | 1,924.95 | 0.00 |
| REAL TIME RESOLUTIONS | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| REAL TIME RESOLUTIONS | Secured | 25,000.00 | 23,156.10 | 23,156.10 | 23,156.10 | 0.00 |
| REGIONAL ACCEPTANCE CORPORAT | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 200.00 | 291.14 | 291.14 | 291.14 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 0.00 | 74.76 | 74.76 | 74.76 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | NA | 48.23 | 48.23 | 48.23 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | NA | 10.24 | 10.24 | 10.24 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | NA | 99.91 | 99.91 | 99.91 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Unsecured | 541.00 | NA | NA | 0.00 | 0.00 |
| PRIMARY HEALTHCARE ASSOC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULTANT | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST LABORATORY PHYS | Unsecured | 3.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES/OLYMPIA FIELDS | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES/OLYMPIA FIELDS | Unsecured | 446.00 | NA | NA | 0.00 | 0.00 |
| THE FAMILY INSTITUTE | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| TREASURY DEPT FCU | Unsecured | 917.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF ILLINOIS | Unsecured | 2,550.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF LYNWOOD | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF UNIVERSITY PARK | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MED FACULTY FN | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| ORLAND PARK DENTAL SPEC | Unsecured | 1,775.00 | NA | NA | 0.00 | 0.00 |
| ORLAND PARK POLICE DEPT | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| PACIFIC SCHOOL OF RELIGION | Unsecured | 1,619.00 | NA | NA | 0.00 | 0.00 |
| PATIENT FINANCIAL SERVICES | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| PLAZA RECOVERY INC | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEM | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEM | Unsecured | 8,569.00 | NA | NA | 0.00 | 0.00 |
| MIDSTATE COLLECTION SO | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 353.00 | NA | NA | 0.00 | 0.00 |
| MULLER | Unsecured | 1,028.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| LCA | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| MAHIM K VORA | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| AARP MEDICARERX | Unsecured | 1,226.00 | NA | NA | 0.00 | 0.00 |
| CATHOLIC THEOLOGICAL UNION | Unsecured | 760.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| CITI OF CHICAGO EMS/HARRIS & HA | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITI OF CHICAGO HEIGHTS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE DVD/TRIDENT AS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE RECOVERY SYSTEMS | Unsecured | 640.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 2,255.00 | NA | NA | 0.00 | 0.00 |
| ALCOA BILLING CENTER | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMO RECOVERIES | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK FSB/PORTFOLIO R | Unsecured | 1,464.00 | NA | NA | 0.00 | 0.00 |
| GECRB/DILLARDS | Unsecured | 297.00 | NA | NA | 0.00 | 0.00 |
| HRRG | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| HRRG | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA NA/CACH LLC | Unsecured | 633.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA NA/PORTFOLI( | Unsecured | 3,723.00 | NA | NA | 0.00 | 0.00 |
| ID SPECIALISTS | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 570.00 | NA | NA | 0.00 | 0.00 |
| SCHOOL DISTRICT 201 U | Unsecured | NA | 390.00 | 390.00 | 390.00 | 0.00 |
| SLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| STERLING INC | Unsecured | 192.00 | 192.52 | 192.52 | 192.52 | 0.00 |
| STUDENT LOAN PEOPLE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SULLIVAN URGENT AID CENTERS L1 | Unsecured | 63.00 | 36.30 | 36.30 | 36.30 | 0.00 |
| SULLIVAN URGENT AID CENTERS L1 | Unsecured | 87.00 | 83.00 | 83.00 | 83.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $30,420.58 | $30,420.58 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$30,420.58** | **$30,420.58** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,364.34 | $3,364.34 | $0.00 |
| **TOTAL PRIORITY:** | **$3,364.34** | **$3,364.34** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$52,502.38** | **$37,855.88** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $6,845.53 |
| Disbursements to Creditors | $71,640.80 |
| **TOTAL DISBURSEMENTS** : | **$78,486.33** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/06/2018         By: /s/ Glenn Stearns
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**